# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

RONALD SESSION

VERSUS

GAR-LIN CONSTRUCTION, LLC
AND OWENS CORNING ROOFING
AND ASHALT, LLC

NO.   2019 CW 1082

**NOV 2 5 2019**

---

In Re:   Owens Corning Sales, LLC, Owens Corning Roofing and
         Asphalt, LLC, and Owens Corning Corporation, applying
         for supervisory writs, 23rd Judicial District Court,
         Parish of Ascension, No. 123819.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED.**

                        JMM
                        MRT
                        WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT